# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

DONNA SUE GILMORE                                                                PLAINTIFF

VS.                                                       CIVIL ACTION NO. 1:09CV53-DAS

COMMISSIONER OF SOCIAL SECURITY                                      DEFENDANT

## ORDER GRANTING RELIEF FROM PRIOR ORDER

Before the court is the Commissioner's motion requesting relief from that portion of the court's June 16 Order (# 27) requiring that attorney's fees under the Equal Access to Justice Act ("EAJA") be paid directly to the claimant's attorney. The court, having duly considered the motion, finds that it is well taken and should be granted. Therefore,

**IT IS ORDERED**:

1. That the Commissioner's motion (# 28) is hereby granted, and that portion of the court's June 16 Order requiring that the Commissioner pay attorney's fees directly to the claimant's attorney is hereby **VACATED**.

2. That the Commissioner shall pay the claimant $4,377.50 in attorney's fees and expenses for the benefit of the claimant's attorney in these proceedings.

**THIS,** the 30th day of July, 2010.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE